**Order entered May 28, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01381-CR

**WILLIAM SEDRIC AUTREY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-81194-10**

## ORDER

This is the fourth order this Court has had to issue since February 10, 2015 regarding the reporter's record in this appeal. The appeal was abated for findings on February 10, 2015. On February 18, 2015, this Court ordered court reporter Jan Dugger to file the reporter's record by April 17, 2015. When the record was not filed by May 4, 2015, the Court ordered Ms. Dugger to file the reporter's record by 4:00 p.m. on May 18, 2015. To date, Ms. Dugger has neither filed the record nor communicated with the Court regarding the status of the record.

Accordingly, we **ORDER** Jan Dugger, official court reporter of the 296th Judicial District Court, to file the complete reporter's record, including all exhibits admitted into evidence, by **4:00 p.m. on THURSDAY, JUNE 4, 2015**.

We further **ORDER** that Jan Dugger not sit as a court reporter until she has filed the complete record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; Jan Dugger, official court reporter, 296th Judicial District Court; the Collin County Auditor's Office; and to counsel for all parties.

/s/     LANA MYERS
           JUSTICE